THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GEOFFREY D. WILSON
Assistant United States Attorney
Cal. Bar No. 238577
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2420
    Facsimile:  (213) 894-7819
    E-mail: Geoffrey.Wilson@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JEONG SOON YUM, et al., | Case No. CV 08-05350 RSWL (RCx) |
| Plaintiffs, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | [Fed.R.Civ.P. 41(a)] |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Complaint in the above entitled action is dismissed with prejudice, with each party to bear its own costs and fees, including any attorney fees.

Dated: November 3, 2008

/ s /
_____
HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE